UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 8-133-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| JASON JERVIS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 131] filed by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation addresses the reported violations of supervised release conditions by the Defendant, Jason Jervis. [R. 99.] Therein he recommends revocation, imprisonment for a term of 12 months and 1 day, that Jervis be recommended to participate in any educational or drug treatment programs offered by the Bureau of Prisons for which he may qualify, and that he be designated to the BOP facility that is nearest his home for which he qualifies. [R. 131.] Further, he recommends that no additional term of supervised release be imposed, that this Court grant the motion of the United States dismissing Violations #1 and #3, [R. 129] and deny as moot Jervis' motion to obtain a copy of his supervision file. [*Id.*]

His Report advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] Jervis, through the assistance of Counsel, filed a Response to the Report, but states therein that "he has no objection." [R. 133.]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c).

When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and having made a *de novo* determination, it agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 214] is **ADOPTED** as the opinion of this Court;

(2) Jervis' period of supervised release is **REVOKED** and he is **SENTENCED** to a term of imprisonment for a term of 12 months and 1 day;

(3) No additional term of supervised released shall be imposed after completion of this period of detention;

(4) The United States' Motion to Dismiss Violations #1 and #3 [R. 129] is **GRANTED**; and

(5) Jervis' renewed motion to obtain a copy of his supervision file is **DENIED** as moot.

Further, the Court is pleased to **RECOMMEND** that Jervis be designated to the BOP facility that is nearest his home for which he qualifies and that he be allowed to participate in any educational or drug treatment programs offered by the Bureau of Prisons for which he may qualify.

This 1st day of May, 2012.



Signed By:
*Gregory F. Van Tatenhove*
United States District Judge