UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 8-133-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| DARYL JERVIS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 143] filed by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation addresses the reported violations of supervised release conditions by the Defendant, Daryl Jervis. [*Id.*] Therein he recommends revocation, imprisonment for a term of 18 months, and while imprisoned, access to suitable substance abuse treatment, if reasonably available and sought by Jervis. [*Id.*] Further, he recommends that no additional term of supervised release be imposed.

His Report advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] Jervis, through the assistance of Counsel, filed a response to the Report, and states therein that he has no objection. [R. 144.] Additionally, subsequent to his response, Jervis filed a Motion to Expedite a ruling on Magistrate Judge Ingram's Report and Recommendation. [R. 145.]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's

1

factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 143] is **ADOPTED** as the opinion of this Court;

(2) Jervis' period of supervised release is **REVOKED** and he is **SENTENCED** to a term of imprisonment of 18 months;

(3) No additional term of supervised released shall be imposed after completion of this period of detention; and

(4) Jervis' Motion to Expedite [R. 145] is **DENIED** as moot.

Further, the Court **RECOMMENDS** that Jervis be designated to a BOP facility where he can receive access to substance abuse treatment programs and appropriate medical care given his recent surgery.

This 13th day of June, 2012.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge